FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CAMILO MALPICA, | Case No. EDCV 08-568-CT |
| Petitioner, | **J U D G M E N T** |
| v. | |
| J.L. NORWOOD, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: August 8, 2008

_____
CAROLYN TURCHIN
UNITED STATES DISTRICT JUDGE